UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re CARLOS DAWSON,

Case No. 15-cv-03633-YGR (PR)

**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE COMPLAINT AND *IN FORMA PAUPERIS* APPLICATION**

Plaintiff, a state prisoner, filed with the Court a letter addressed to the California Prison Health Care Receivership. The Clerk of the Court construed the letter from Plaintiff as a request to file a *pro se* prisoner complaint under 42 U.S.C. § 1983. On August 10, 2015, the Clerk of the Court sent Plaintiff a notice directing him to file a complaint on form along with an application to proceed *in forma pauperis* ("IFP") within twenty-eight days. He was warned that the failure to do so within the twenty-eight-day deadline would result in the dismissal of this action without prejudice.

Before the Court is Plaintiff's request for an extension of time to file his complaint. Dkt. 5.

Good cause appearing, the request is GRANTED. In addition, the Court on its own motion GRANTS Plaintiff an extension of time to file an IFP application. No later than **twenty-eight (28) days** from the date of this Order, Plaintiff shall file his complaint and a completed IFP application form along with his trust account statement and certificate of funds. The failure to do so on or by the twenty-eight-day deadline will result in the dismissal of this action without prejudice.

The Clerk shall send Plaintiff a blank civil rights complaint form and a blank prisoner IFP application form along with a copy of this Order.

This Order terminates Docket No. 5.

IT IS SO ORDERED.

Dated: October 29, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge