UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS DAWSON,

    Plaintiff,

v.

WARDEN MUNIZ, et al.,

    Defendants.

Case No. 15-cv-03633-YGR (PR)

**ORDER**

    Plaintiff has filed a consent to magistrate judge jurisdiction in this civil rights matter under 42 U.S.C. § 1983. Dkt. 11 at 1.

    The Clerk of the Court shall randomly reassign this matter to a magistrate judge.

    IT IS SO ORDERED.

Dated: April 14, 2016

_____
United States District Judge
YVONNE GONZALEZ ROGERS